United States District Court
Northern District of California

BRAD MARCUS, et al.

        Plaintiffs,

   v.

LG CHEM, LTD., et al.,

        Defendants.

Case No.: CV 13-00339-KAW

ORDER TO SHOW CAUSE

This class action was filed on January 24, 2013. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs have 120 days to complete service of the complaint and summons on Defendants, such that May 24, 2013 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. The Case Management Conference (CMC) was originally scheduled for April 23, 2013, but was postponed by the Court until July 16, 2013, because Defendants had not been served 7 days prior to the original CMC date. (Dkt. No. 4.)

IT IS HEREBY ORDERED that by no later than Friday, June 21, 2013, Plaintiffs shall show cause why this matter should not be dismissed for failure to comply with the May 24, 2013 deadline to complete service on Defendants or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: June 12, 2013

                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge